# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:19−cv−04595−SEB−TAB

| | |
|---|---|
| LABIAK v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | Date Filed: 11/18/2019 |
| Assigned to: Judge Sarah Evans Barker | Date Terminated: 01/03/2020 |
| Referred to: Magistrate Judge Tim A. Baker | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity−Personal Injury | Jurisdiction: Diversity |

| | |
|---|---|
| Discovery Deadline: | Settlement Conference: |
| Dispositive Motion Deadline: | Final Pretrial Conference: |
| | Trial Date: |

**Plaintiff**

**RICHARD LABIAK**
*individually and on behalf of all others similarly situated,*

represented by **Jeffrey L. Raizner**
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
713−554−9099
Fax: 713−554−9098
Email: jraizner@raiznerlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

represented by **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
.
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2019 | 1 | COMPLAINT against NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, filed by RICHARD LABIAK. (Filing fee $400, receipt number 0756−5728192) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Raizner, Jeffrey) (Entered: 11/18/2019) |
| 11/18/2019 | 2 | NOTICE of Appearance by Jeffrey L. Raizner on behalf of Plaintiff RICHARD LABIAK. (Raizner, Jeffrey) (Entered: 11/18/2019) |
| 11/19/2019 | 3 | Summons Issued as to NATIONAL COLLEGIATE ATHLETIC ASSOCIATION. (AKH) (Entered: 11/19/2019) |
| 11/19/2019 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AKH) (Entered: 11/19/2019) |
| 01/03/2020 | 5 | CLOSED TRANSFER to the United States District Court for the Northern District of Illinois IN RE: MDL 2492 IN RE: National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation Certified Transfer Order # 25. (MAC) (Entered: 01/03/2020) |

| 01/03/2020 | 6 | Transfer Letter to Clerk of the Northern District of Illinois. Case transferred electronically to Northern District of Illinois, IN RE: MDL 2492 on January 3, 2020. (MAC) (Entered: 01/03/2020) |

**Case #: 1:19–cv–04595–SEB–TAB**